UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No. 2:18-CV-745 JCM (VCF) |
| Plaintiff(s), | ORCDER |
| v. | |
| CHIKISS BOTANAS N' BEER, LLC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *J & J Sports Productions, Inc. v. Chikiss Botanas N' Beer L.L.C. et al.*, case number 2:18-cv-00745-JCM-VCF.

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

More than 90 days have elapsed since the instant action was filed. To date, J & J Sports Productions, Inc. ("J & J") has not served Antonio Uribe Martinez. On February 24, 2020, the court gave J & J notice of its intent to dismiss its claims against Martinez pursuant to Fed. R. Civ. P. 4(m). J & J has not responded, served Martinez, or otherwise appeared.

Therefore, the court dismisses Martinez.

**James C. Mahan**
**U.S. District Judge**

1    On July 31, 2019, J & J moved for entry of clerk's default against Chikiss Botanas N'
2    Beer, LLC, which was entered the next day. (ECF Nos. 7; 9). But J & J has not moved for
3    default judgment.
4        Accordingly,
5        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that J & J's claims against
6    Antonio Uribe Martinez be, and the same hereby are, DISMISSED.
7        IT IS FURTHER ORDERED that J & J shall file, within 7 days of this order, a motion
8    for default judgment or other appropriate motion against Chikiss Botanas N' Beer, LLC.
9        DATED April 10, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**